# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1679
Lower Tribunal No. 07-DR-3594

_____

KONSTANTINE K. YANKOPOLUS,

Appellant,

v.

TERRI YANKOPOLUS n/k/a TERRI TURNER,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Carolyn D. Swift, Judge.

November 10, 2025

PER CURIAM.

AFFIRMED.

WOZNIAK, MIZE and GANNAM, JJ., concur.


Jason A. Martorella, of Jam Law PLLC, Fort Myers, for Appellant.

Allison M. Perry, of Florida Appeals, P.A., Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED